UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 25-08703-SPG(PVCx) | Date | January 8, 2026 |
|---|---|---|---|
| Title | Randall Nickerson et al v. Netflix, Inc. et al | | |

Present: The Honorable  SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:     Attorneys Present for Defendants:

Not Present     Not Present

**Proceeding:** [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period(s) has not been met. Accordingly, the Court, on its own motion, orders Plaintiffs to show cause, in writing, **on or before January 22, 2026,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a Defendant within 90 days after the complaint is filed. Plaintiffs have failed to file a proof of service on First Amended Complaint within 90 days of the filing of the Complaint on the following Defendant(s):

- Angus Wall
- Netflix Worldwide Entertainment, LLC
- Netflix Inc.
- Boardwalk Pictures Inc.
- Amblin Entertainment Inc.
- MakeMake, LLC
- A52, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-08703-SPG(PVCx) | Date | January 8, 2026 |
| Title | Randall Nickerson et al v. Netflix, Inc. et al | | |

Plaintiffs can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

                                                                00  :  00

                                              Initials of Preparer   pg